UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

American Medical Association et al.

        Plaintiff(s),

v.

Alex M. Azar II et al.

        Defendant(s).

Case No.: 6:19-cv-00318-MC

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney **Carrie Y. Flaxman** requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s): Planned Parenthood Federation of America, Inc., Planned Parenthood of Southwestern Oregon, Planned Parenthood Columbia Willamette, Thomas N. Ewing, M.D., and Michele P. Megregian, C.N.M.

In support of this application, I certify that: 1) I am an active member in good standing with the **D.C.** State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)    PERSONAL DATA:**

Name: Flaxman, Carrie Y.
(Last Name) (First Name) (MI) (Suffix)

Agency/firm affiliation: Planned Parenthood Federation of America

Mailing address: 1110 Vermont Avenue, N.W., Suite 300

City: Washington    State: DC    Zip: 20005

Phone number: (202) 973-4800    Fax number: (202) 296-3480

Business e-mail address: carrie.flaxman@ppfa.org

(2) **BAR ADMISSION INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar number(s):
  See attached.

    (b)    Other federal court admission(s) and date(s) of admission:
  See attached.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

[✓] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I will receive electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 3/7/19.

*(Signature)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: Sacks                           Jeremy                      D.
       (Last Name)                    (First Name)                (MI)         (Suffix)

OSB number: 994262

Agency/firm affiliation: Stoel Rives LLP

Mailing address: 760 SW Ninth Avenue, Suite 3000

City: Portland                                       State: OR          Zip: 97205

Phone number: (503) 224-3380                         Fax number: (503) 220-2480

Business e-mail address: jeremy.sacks@stoel.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:19-cv-00318-MC.

DATED: March 7, 2019.

                                        s/ Jeremy D. Sacks
                                        (Signature of Local Counsel)

## COURT ACTION

Application for pro hac vice admission by ____Carrie Y. Flaxman____ in case number: __6:19-cv-00318-MC__ is hereby:

☐ Approved subject to payment of fees.
☐ Denied.

DATED: _____.

_____
Judge

## BAR ADMISSION INFORMATION

### Carrie Y. Flaxman

| State Bar/Federal Court | Admission Date | Bar/Court No. |
|---|---|---|
| State Bar of Pennsylvania | December 9, 1996 | 78575 |
| District of Columbia | June 5, 1998 | 458681 |
| U.S. District Court for the District of Columbia | March 1, 1999 | 458681 |
| U.S. District Court for the Eastern District of Pennsylvania | August 4, 1997 | N/A |
| U.S. Court of Appeals for the Third Circuit | August 4, 1997 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | February 5, 2003 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | May 9, 2012 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | January 5, 1999 | N/A |
| U.S. Court of Appeals for the Seventh Circuit | August 23, 2013 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | July 12, 2016 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | July 2, 2018 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | September 5, 2014 | N/A |
| U.S. Court of Appeals for the District of Columbia | July 31, 2018 | 61131 |
| U.S. Supreme Court | March 20, 2000 | N/A |